# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>  Plaintiff,<br><br> v.<br><br>LT. M. LOPEZ, *et al*.<br><br>  Defendants. | Case No. 1:18-cv-00253-LJO-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS BE DENIED AND THAT PLAINTIFF BE REQUIRED TO PAY THE $400.00 FILING FEE**<br><br>(ECF Nos. 2, 10) |

Kasey Hoffmann ("Plaintiff") is a state prisoner proceeding *pro se* with this civil right action filed pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Erica P. Grosjean pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 21, 2018, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 2). On April 17, 2018, the Magistrate Judge issued findings and recommendations, recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $400 filing fee. (ECF No. 10). The findings and recommendations were served on Plaintiff and contained instructions that any objections thereto must be filed within thirty days. Plaintiff has not filed any objections, and the period to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court

1

concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 17, 2018, (ECF No. 10), are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), is denied; and
3. Within thirty (30) days from the date of service of this order, Plaintiff shall pay the $400 filing fee or the action will be dismissed.

IT IS SO ORDERED.

Dated: __**June 13, 2018**__  _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE